IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| DOUGLAS K. EDWARDS,<br>        *Plaintiff*,<br><br>v.<br><br>MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY,<br>        *Defendant* | CIVIL NO. 3:07cv00002<br><br>ORDER<br><br>JUDGE NORMAN K. MOON |

On January 10, 2007, I referred this case to the Honorable B. Waugh Crigler, United States Magistrate Judge, for proposed findings of fact and a recommended disposition. The parties subsequently filed cross motions for summary judgment and on September 27, 2007, the Magistrate Judge filed a Report and Recommendation ("Report"). In the Report, Judge Crigler recommended that the case be remanded to the Commissioner for further proceedings. After a review of the entire record in this case, and no objection having been filed to the Report within ten days of its service upon the parties, I adopt the Report in its entirety.

Accordingly:

1. the September 27, 2007, Report shall be, and it hereby is, ADOPTED in its entirety;

2. the case is hereby REMANDED to the Commissioner for further proceedings consistent with the direction given in the Report.

The Clerk of the Court hereby is directed to send a certified copy of this Order to all counsel of record and to Magistrate Judge Crigler.

It is so ORDERED.

ENTERED: *signature*
United States District Judge

Nov. 16, 2007
Date

2

Case 3:07-cv-00002-NKM-BWC   Document 19   Filed 11/16/07   Page 2 of 2   Pageid#: 64